In the Matter of the Judicial Settlement of the Estate of GEORGE A. TRUMAN, Deceased. JUSTINE BYRD, Appellant; MINNIE L. TRUMAN, as Administratrix, etc., of GEORGE A. TRUMAN, Deceased, Respondent.— Decree reversed, with costs against the respondent personally, on the ground that the charges for legal services were wholly unsupported by proof of their nature or value, it appearing that the same were rendered in part for the respondent personally, and the same should not have been allowed; and upon the further ground that the charges for photographs were improper and should not have been allowed; and the case remitted to the surrogate to take further proof and make disposition in accordance with the same. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by NICK ISABELLA, Respondent, v. TROY FOUNDRY AND MACHINE COMPANY, Employer, and STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MARY HAMILTON and HELEN R. HAMILTON, Respectively Mother and Sister of JAMES HAMILTON, JR., Deceased, Respondents, for Compensation under the Workmen's Compensation Law, v. F. W. WOOLWORTH COMPANY, Employer, and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

EMMA T. MURPHY, as Administratrix, etc., of ROBERT P. MURPHY, Deceased, v. CLIFFORD HOTALING, Respondent.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, by MIKE SABO, and the Claim for Death Benefits by ELIZABETH SABO and Others, Respondents, for the Death of MIKE SABO, v. BARNET LEATHER COMPANY, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award for death benefits affirmed, without costs, and the award for disability reversed and claim dismissed to that extent without costs on the ground that there was no lawful award for disability made to the claimant in his lifetime. (*Matter of Terry* v. *General Electric Co.*, 232 N. Y. 120; *Hill* v. *Ancram Paper Mills*, 202 App. Div. 36.) All concur.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of JOHN P. JOHNSON, Respondent, for Compensation under the Workmen's Compensation Law, v. LEWIS HARDING & COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of Mrs. AFRODETE CONFINIOTIS, Respondent, for Compensation under the Workmen's Compensation Law, v. CONFINIOTIS & NICAS, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.